UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CR-66-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMAZ ALSTON | ORDER |

For good cause shown and without opposition from the government, the court hereby GRANTS defendant's motion to have his resentencing on 3 December 2012 conducted by means of video conference at U.S. Medical Center for Federal Prisoners in Springfield, Missouri. The Clerk shall communicate with the parties about the time of the hearing.

This 21 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge