UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:09-CR-00066-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMAZ ALSTON | ) | |

This matter is before the court on defendant's motion to seal his sentencing memorandum. Having fully considered the motion, it is DENIED.

This 16 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge